### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

**Frankemuth Credit Union**

          Plaintiff(s),

v.

**Randall Anderson, et al.**

          Defendant(s).

_____/

Case No.    **1:18-cv-12176**

Judge    **Ludington**

Magistrate Judge    **Morris**

### STATEMENT OF DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __**Jones Pre-Owned Auto Sales, LLC**__

[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ❏    No ☒

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name: _____

Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ❏    No ☒

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name: _____

Nature of Financial Interest: _____

Date: __**July 19, 2018**__

**/s/Allison L. Harrison**
Signature
**P75345**
Bar No.
**100 E Broad St, Suite 320**
Street Address
**Columbus, OH 43215**
City, State, Zip Code
**(614)440-1395**
Telephone Number
**aharrison@alharrisonlaw.com**
Primary Email Address