UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frankenmuth Credit Union,

                Plaintiff(s),

v.                                  Case No. 1:18–cv–12176–TLL–PTM
                                                Hon. Thomas L. Ludington

Laron Thronton, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan. The following motion(s) are scheduled for hearing:

Motion for Leave to File – #11

- MOTION HEARING: October 29, 2018 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                      By: s/K Winslow
                                                                           Case Manager

Dated:  October 3, 2018