UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frankenmuth Credit Union,

                Plaintiff(s),

v.                                                                  Case No. 1:18–cv–12176–TLL–PTM
                                                                    Hon. Thomas L. Ludington

Charles R Fitzgerald, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Xclusive Auto Group, LLC

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                              DAVID J. WEAVER, CLERK OF COURT

                                         By: s/ E Karhoff
                                             Deputy Clerk

Dated:  October 15, 2018