UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frankenmuth Credit Union,

            Plaintiff(s),

v.                                                          Case No. 1:18−cv−12176−TLL−PTM
                                                            Hon. Thomas L. Ludington

Charles R Fitzgerald, et al.,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Laron Thronton

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                    DAVID J. WEAVER, CLERK OF COURT

                                    By: s/ D. Worth
                                          Deputy Clerk

Dated:  November 1, 2018