UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISON

| | |
|---|---|
| FRANKENMUTH CREDIT UNION )<br>    Plaintiff )<br>)<br>  v. )<br>)<br>RANDALL ANDERSON, et al. )<br>    Defendants ) | Case No. 18-12176<br>Judge Thomas Ludington<br>Magistrate Judge Morris |

| THOMAS C. LEDUC (P45039) | ALLISON L. HARRISON (P75345) |
|---|---|
| MICHELE DUNSKY ADAMS (P77700) | TODD A. FICHTENBERG (P75945) |
| Leduc Frank PC | Allison L. Harrison Law, LLC |
| Attorneys for Plaintiff | Attorney for Defendants Jones Pre-Owned Auto Sales, LLC, Vernell Phipps a/k/a Vernell Jones, and Nicole Phipps |
| PO Box 2191 | |
| Royal Oak, MI 48068 | |
| TomL@leducfrank.com | |
| MicheleA@leducfrank.com | 100 E. Broad St., Suite 320 |
| | Columbus, OH 43215 |
| | aharrison@alharrisonlaw.com |
| | todd@alharrisonlaw.com |

## NOTICE OF WITHDRAWAL

TO: The Clerk of the Court

AND TO: All parties and counsel of record

PLEASE TAKE NOTICE that Michele Dunsky Adams (P77700) of Leduc Frank, P.C., hereby withdraws as attorney of record for Plaintiff Frankenmuth Credit Union. All other counsel below named remain as attorneys of record for Plaintiff Frankenmuth Credit Union.

        Respectfully submitted,

By:   <u>*/s/ Michele Dunsky Adams*</u>
    THOMAS C. LEDUC (P45039)
    MICHELE DUNSKY ADAMS (P77700)
    Leduc Frank PC
    Attorneys for Plaintiff
    PO Box 2191
    Royal Oak, MI 48068
    TomL@leducfrank.com

Dated: March 15, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, I electronically served the forgoing Notice of Withdrawal via First Class United States Postal Service and electronic mail via counsels' email address of record Allison L. Harrison and Todd A. Fichtenberg, counsel for Defendants Jones Pre-Owned Auto Sales, LLC, Vernell Phipps a/k/a Vernell Jones and Nicole Phipps.  I hereby certify that I have mailed by First Class United States Postal Service the forgoing to the following non-ECF participants:

Randall Anderson
1080 E. Humphrey Ave
Flint, MI 48505

Rashaud L. Coleman
406 E. Witherbee St
Flint, MI 48505

Mark V. Ingram
3216 Begole St.
Flint, MI 48504

Charles R. Fitzgerald
2330 Santa Barbara Dr
Flint, MI 48504

Nicholas Austin Walker
1615 Winona St
Flint, MI 48504

Laron Thornton
7177 Clio Rd
Mt. Morris, MI 48458

Xclusive Auto Group, LLC
414 S. Dort Hwy
Flint, MI 48503

/s/ Michele Dunsky Adams
MICHELE DUNSKY ADAMS (P77700)
Leduc Frank PC
Attorneys for Plaintiff
PO Box 2191
Royal Oak, MI 48068

3