UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Frankenmuth Credit Union                             Case No. 18-12176
        Plaintiff
V                                                    Judge: Thomas Ludington

Randall Anderson, et al.
        Defendants
                      Debtor(s).
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Frankenmuth Credit Union hereby appears in the above action, by and through its attorneys Leduc Frank, and requests that all papers in the case be served at the address stated below:
Thomas Leduc, Esq., P.O. Box 2191, Royal Oak, MI 48068 toml@leducfrank.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated:  4/4/2019                 By:      /S/ Thomas Leduc
                                          Thomas Leduc(P45039)
                                          toml@leducfrank.com
                                          Attorney for Creditor
                                          P.O. Box 2191
                                          Royal Oak, MI 48068
                                          248-268-2224